1  DOUGLAS I. HORNGRAD
   Attorney at Law
2  California State Bar No. 95086
   1736 Stockton Street
3  Maybeck Building Four
   San Francisco, California 94133
4  Telephone: (415) 397-9509
   Facsimile: (415) 397-9519
5
   Attorney for Defendant
6  MARY SHANNON O'NEILL

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              Case Number: 3:10-cr-0890 BZ

12         Plaintiff,                      **STIPULATION AND [PROPOSED]
                                           ORDER TO CONTINUE JUNE 29,
13     v.                                  2011, STATUS CONFERENCE AND
                                           EXCLUDE TIME**
14  MARY SHANNON O'NEILL,

15         Defendant.
    _____/
16

17      IT IS HEREBY STIPULATED by and between Assistant United States Attorney

18  Acadia Leigh Senese, counsel for the plaintiff, and Douglas Horngrad, counsel for defendant,

19  in the above captioned case, that the status conference now scheduled for June 29, 2011, at

20  9:30 a.m., be reset to August 24, 2011, at 9:30 a.m., or as soon thereafter as is convenient for

21  the Court.

22      This continuance is sought on the following grounds: Counsel for Ms. O'Neill is

23  investigating a potential motion to suppress. The officer's testimony at Ms. O'Neill's DMV

24  hearing will resolve the question of whether a motion to suppress in the instant case is viable.

25  Therefore, conclusion of the DMV testimony would likely be dispositive of whether a motion

26  to suppress would be viable in this case. The DMV hearing has been postponed more than

27  once due to the officer's unavailability, and it has been reset to July 25, 2011. Counsel agree

28  that Ms. O'Neill's counsel should wait until the DMV hearing is complete before deciding

whether a motion to suppress should be filed in the instant case.  Additionally, Ms. O'Neill will be out of town from July 24, 2011, until August 23, 2011.  Therefore, a continuance to Wednesday, August 24, 2011, at 9:30 a.m. is respectfully requested.

IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act be excluded from June 29, 2011, through August 24, 2011, pursuant to 18 U.S.C.§ 3161 (h)(7)(A) & (B)(iv).

IT IS SO STIPULATED.

Dated: 6/23/11

/s/
ACADIA LEIGH SENESE
Counsel for Plaintiff

Dated: 6/23/11

/s/
DOUGLAS HORNGRAD
Counsel for Defendant
MARY SHANNON O'NEILL

[PROPOSED] ORDER

**IT IS SO ORDERED**

Status Conference moved to August 24, 2011 at 1:30 p.m. in Courtroom D.

Dated: June __24__, 2011

**HON. BERNARD ZIMMERMAN**
United States District Court Magistrate Judge